UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA
FOURTH DIVISION

| | | |
|---|---|---|
| BOO, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>BOO.COM GROUP LTD.,<br>BOO.COM NORTH AMERICA, INC.,<br>and FASHIONMALL.COM, INC.<br><br>Defendants. | ) | Civil Action No. 00-CV 1872 PAM/JGL |

**ORDER ALLOWING EXTENSION OF TIME TO ANSWER COMPLAINT**

Upon Motion by Plaintiff, and based upon the parties' agreement, to request an extension of time to November 10, 2000 in which to provide and Answer to the Complaint;

The Court hereby Orders that Defendant Fashionmall.com, Inc. is granted an extension of time to November 10, 2000 to serve upon Plaintiff's counsel an Answer to the Complaint.

Dated: November 9, 2000

Hon. Paul A. Magnuson
U. S. Magistrate Judge

FILED NOV 09 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______