UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1872 (PAM/JGL)

BOO, INC.,

Plaintiff,

v.

**PRETRIAL ORDER**

BOO.COM GROUP LTD., et al.,

Defendans.

Pursuant to Rule 16, Fed.R.Civ.P., the following schedule shall control pre-trial proceedings in this case:

1. All motions which seek to amend any pleading or to add any parties must be filed prior to July 1, 2001;

2. Plaintiff shall disclose all expert witnesses by August 1, 2001, and reports by September 1, 2001; Defendants shall disclose all expert witnesses by September 1, 2001, and reports by October 1, 2001;

3. The period during which the parties may seek discovery shall be completed by November 1, 2001;

4. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to November 1, 2001;

5. Until further notice, all dispositive motions must be noticed, served and filed, in accordance with the local rules, prior to December 1, 2001; and

6. This case will be considered "ready for trial" as of February 1, 2002.

DATED: February 21, 2001

JONATHAN LEBEDOFF
United States Magistrate Judge

FILED FEB 22 2001
FRANCIS E. DOSAL, CLERK