# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Boo, Inc.,

Case No. Civil 00-1872 PAM/JGL

v.

**JUDGMENT IN A CIVIL CASE**

Boo.com. Group Ltd., Boo.com
North America, Inc., and
Fashionmall.com, Inc.,

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

1. Plaintiff's motion to Dismiss and to Add Defendant is Granted in part and Denied in part as follows: a. Defendants Boo.com Group Ltd., and Boo.com North America, Inca are DISMISSED; and b. Plaintiff's motion to add E-com, Inc. as a Defendant is DENIED as moot; and

2. Defendant's Fashionmall.com., Inc's motion for summary judgment is GRANTED.

DATE: February 22, 2002

RICHARD D. SLETTEN, CLERK

Mary Kaye Conery, Deputy Clerk